```
 1 | DAVID E. WISE
   | Attorney at Law
 2 | SBN 168295
   | Law Office of David E. Wise
 3 | 360 Ritch Street, Suite 201
   | San Francisco, California 94107
 4 | Tel. (415) 764-4952
   | Fax. (415) 276-9859
 5 |
 6 | Attorney for Defendant HYUNG I. WELLS
```



**FILED**

DEC 19 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | No. 2:11-cr-00497 DAD<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE ARRAIGMENT TO **JANUARY 17, 2012** |
| v.<br>HYUNG I. WELLS<br>        Defendant | Date: December 20, 2011<br>Dept. 27<br>Time: 10:00 a.m. |

TO: BENJAMIN B. WAGNER, UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA, AND HIS REPRESENTATIVE, NICHOLAS FOGG, AND MR. PETER BUZO, CLERK FOR THE HON. DALE DROZD, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

That the representative of the United States Attorney's Office for the Eastern District of California, Nicholas Fogg, and the attorney for Defendant Hyung I. Wells, hereby agree and stipulate to vacate the current date for arraignment on the Information in the above encaptioned matter, December 20, 2011, 10:00 a.m. In Dept. 27, and furthermore to continue the matter for arraignment of the Defendant on Tuesday January 17, 2012 at 10:00 a.m before the Magistrate

Law Office of
David E. Wise

Stipulation and Proposed Order to                    1
Continue Arraignment, U.S. v. Hyung I. Wells

| | |
|---|---|
| 1 | Judge Dale A. Drozd. The Defendant agrees to exclude time for the period of this continuance. |
| 2 | It is so stipulated: |

Dated: December 15, 2011          /s/ David E. Wise
                                  DAVID E. WISE
                                  Attorney for Defendant
                                  HYUNG I. WELLS

Dated: December 16, 2011          /s/ Nicholas Fogg (approval given 12/16/11)
                                  NICHOLAS FOGG
                                  Special Assistant United States Attorney
                                  BENJAIMIN WAGNER
                                  UNITED STATES ATTORNEY

**IT IS SO ORDERED**

Dated: 12/19/11

_____
DALE A. DROZD
MAGISTRATE JUDGE OF THE
UNITED STATES COURT
IN AND FOR THE EASTERN DISTRICT
OF CALIFORNIA