DAVID E. WISE
Attorney at Law
SBN 168295
Law Office of David E. Wise
360 Ritch Street, Suite 201
San Francisco, California 94107
Tel. (415) 764-4952
Fax. (415) 276-9859

Attorney for Defendant HYUNG I. WELLS

UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | No. 2:11-cr-00497 DAD<br><br>**STIPULATION AND ORDER TO CONTINUE ARRAIGMENT TO FEB. 7, 2012** |
| v.<br><br>HYUNG I. WELLS<br>Defendant<br>_____/ | Date: January 17, 2012<br>Dept. 27<br>Time: 10:00 a.m. |

TO: BENJAMIN B. WAGNER, UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA, AND HIS REPRESENTATIVE, NICHOLAS FOGG, AND MR. PETER BUZO, CLERK FOR THE HON. DALE DROZD, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

That the representative of the United States Attorney's Office for the Eastern District of California, Nicholas Fogg, and the attorney for Defendant Hyung I. Wells, hereby agree and stipulate to vacate the current date for arraignment on the Information in the above encaptioned matter, January 17, 2012, 10:00 a.m. In Dept. 27, and furthermore to continue the matter for arraignment of the Defendant on Tuesday February 7, 2012 at 10:00 a.m before the Hon. Judge

Dale Drozd, Dept. 27.  The Defendant agrees to exclude time for the period of this continuance.

It is so stipulated:

Dated: Jan. 13, 2012  /s/ David E. Wise
DAVID E. WISE
Attorney for Defendant
HYUNG I. WELLS

Dated:   Jan. 13, 2012   /s/ Nicholas Fogg (approval given 1/13/12)
NICHOLAS FOGG
Special Assistant United States Attorney
BENJAIMIN WAGNER
UNITED STATES ATTORNEY

**IT IS SO ORDERED**

Dated:  January 13, 2012

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.criminal\wells0497.stipord.cont.doc
/
/