```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DAVID A. PETERSEN
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   ) 2:11-CR-0497-DAD
                                )
12          Plaintiff,          ) ORDER TO CONTINUE STATUS
                                ) CONFERENCE AND EXCLUDE TIME UNDER
13      v.                      ) LOCAL CODE T4
                                )
14  HYUNG WELLS,                ) DATE: August 21, 2012
                                ) TIME: 10:00 a.m.
15          Defendant.          ) JUDGE: Dale A. Drozd
                                )
16
17       It is hereby ordered that the Status Conference set for
18  August 21, 2012 is continued to August 28, 2012, at 10 a.m. Time
19  is excluded from today's date through August 28, 2012, under
20  Local Code T4, as the Court finds that the ends of justice served
21  by granting this continuance outweigh the best interests of the
22  public and the defendant in a speedy trial.
23       IT IS SO ORDERED.
24  Dated: August 20, 2012
25
26                                  HON. DALE A. DROZD
                                    United States Magistrate Judge
27
28
```

FILED
AUG 20 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK